JS - 6 / Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 25 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTIN CHAVEZ-CUEVAS,<br>    Petitioner,<br>    v.<br>RICHARD IVES (Warden),<br>    Respondent. | Case No. CV 12-08121 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: October 25, 2012

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 25 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY